# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38, et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

SECURED SYSTEMS TECHNOLOGY, INC.,
FRANK DEMARTINO, FRANK DEMARTINO III,
DONNA DEMARTINO and SCOTT LOVE

**08 CV 2026**

**JUDGE ROBINSON**

TO: (Name and address of defendant)

Frank DeMartino
3 Kenneth Court
Sewell, New Jersey 08080

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Selwocki  DS1018
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Hwy., Suite 1000
Southfield, Michigan 48075
248.746.0700

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK



(BY) DEPUTY CLERK

DATE

FEB 29 2008

RETURN

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-19-08 |
| NAME OF SERVER (PRINT) Cheryl Anderson | TITLE process server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 127 Salem Ave West Deptford, NJ

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-19-08
          Date

Signature of Server: Cheryl Anderson

Address of Server: American Expediting, 604 Ryan Ave, Westville NJ 08093

Sworn to and subscribed before me this 31st day of March 20 08.

Catherine A. Harrigan

*
Procedures for ECF; Guidelines for ECF; Instructions for Filing an Electronic Case; Individual Practices of Judge Stephen C. Robinson, and Individual Practices of Magistrate Judge George A. Yanthis

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CATHERINE A. HARRIGAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 24, 2011

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.