# SULLIVAN, WARD, ASHER & PATTON, P.C.

ATTORNEYS AND COUNSELORS AT LAW



1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MICHIGAN 48075-1000

TELEPHONE: (248) 746-0700
FAX: (248) 746-2760

WEB SITE: www.swappc.com

ROBERT E. SULLIVAN, SR. (1922-1998)
DAVID M. TYLER (1930-2002)
RICHARD G. WARD (RETIRED)

DAVID J. SELWOCKI
dselwocki@swappc.com
(248) 746-2759

April 11, 2008

**VIA FACSIMILE**

Honorable Stephen C. Robinson
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

RE: Sheet Metal Workers' International Association Local 38, et al.
vs. Secured Systems Technology, et al.
U.S. District Court Case No.: 08-cv-2026(SCR)

Dear Judge Robinson:

A Notice of Requirement to Submit a Scheduling Order in the above-captioned matter was issued by the Court. The date for submission of the proposed Scheduling Order is today, April 11, 2008.

The Defendants in this matter were served on March 19, 2008. The Notice to Submit was sent to them on March 26, 2008. As of this date, no responsive pleadings have been filed by Defendants. The purpose of this letter, pursuant to your Clerk's request, is to extend the date for submission of the Scheduling Order for at least three weeks, so that Defendants can either respond to the pleadings and/or a Default will be requested.

Thank you for your assistance in this regard. Should you have any questions or concerns please feel free to contact our office.

Very truly yours,

SULLIVAN, WARD,
ASHER & PATTON, P.C.

David J. Selwocki

*Scheduling order is to be submitted by 5/12/08.*

**APPLICATION GRANTED**
*Stephen C Robinson*

HON. STEPHEN C. ROBINSION
W0618104/S23-117811

USDC SDNY
DOCUMENT
ELECTRONICALLY
[illegible]
DATE FILED: