UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SULLIVAN, WARD, ASHER & PATTON, P.C.**
**25800 Northwestern Hwy.**
**1000 Maccabees Center**
**PO Box 222**
**Southfield, Michigan  48037-0222**
**Telephone:   248.746.0700**
**Facsimile:    248.746.2760**
**Attorneys of Record for Plaintiff**
**David J. Selwocki  (DS1018)**
_____/

SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 VACATION FUND,
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 INSURANCE AND
WELFARE FUND, SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL NO. 38
PROFIT SHARING PLAN, SHEET METAL WORKERS
LOCAL 38 LABOR MANAGEMENT COMMITTEE
AND TRUST, SHEET METAL WORKERS LOCAL 38
CRAFT TRAINING FUND, SHEET METAL WORKERS
NATIONAL PENSION FUND, SHEET METAL WORKERS
LOCAL 38 CRAFT TRAINING BUILDING FUND, TRUST
FUNDS established and administered pursuant to federal law,

 Plaintiffs,          Case No.:  08-cv-2026(SCR)
                  Judge Stephen C. Robinson

vs.

SECURED SYSTEMS TECHNOLOGY, INC., a New Jersey
Corporation and a Connecticut Corporation, FRANK
DEMARTINO, FRANK DEMARTINO III, DONNA
DEMARTINO and SCOTT LOVE, Individually.

 Defendants.
_____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

 NOW COME the Plaintiffs, by and through their attorneys, and hereby voluntarily dismiss without prejudice the above-captioned matter against all of the Defendants.

              Respectfully Submitted,

          By: s/ David J. Selwocki
            **DAVID J. SELWOCKI  (DS1018)**
            Attorneys for Plaintiffs
            25800 Northwestern Hwy., Suite 1000
            Southfield MI  48037-0222
            248.746.0700

Dated:   May 13, 2008
W0625475/S23-117811