UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SULLIVAN, WARD, ASHER & PATTON, P.C.**
25800 Northwestern Hwy.
1000 Maccabees Center
PO Box 222
Southfield, Michigan 48037-0222
Telephone: 248.746.0700
Facsimile: 248.746.2760
Attorneys of Record for Plaintiff
David J. Selwocki (DS1018)

SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 VACATION FUND,
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 INSURANCE AND
WELFARE FUND, SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL NO. 38
PROFIT SHARING PLAN, SHEET METAL WORKERS
LOCAL 38 LABOR MANAGEMENT COMMITTEE
AND TRUST, SHEET METAL WORKERS LOCAL 38
CRAFT TRAINING FUND, SHEET METAL WORKERS
NATIONAL PENSION FUND, SHEET METAL WORKERS
LOCAL 38 CRAFT TRAINING BUILDING FUND, TRUST
FUNDS established and administered pursuant to federal law,

    Plaintiffs,

vs.

Case No.: 08-cv-2026(SCR)
Judge Stephen C. Robinson

SECURED SYSTEMS TECHNOLOGY, INC., a New Jersey
Corporation and a Connecticut Corporation, FRANK
DEMARTINO, FRANK DEMARTINO III, DONNA
DEMARTINO and SCOTT LOVE, Individually.

    Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court upon Plaintiffs' Voluntary Dismissal of all of the Defendants in the above-captioned matter without prejudice, and without costs as to any

party, Defendants having not filed any responsive pleadings and all matters having been resolved, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED** that this matter is hereby Dismissed against all Defendants, without prejudice and without costs as to any party.

*Case Closed*

_____
STEPHEN C. ROBINSON    6/19/08
U.S. District Court Judge

This Order Prepared By:
David J. selwocki (DS1018)
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Hwy., Suite 1000
Southfield MI 48037-0222
248.746.0700

W0625475/S23-117811/Version 2